■ ASENATH ATWAL, Appellant, v AMARJIT ATWAL, Respondent. [816 NYS2d 398]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered March 22, 2005. The order, among other things, determined the time periods that interest would be assessed on annual distributive award payments pursuant to the parties' judgment of divorce.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Green and Hayes, JJ.

■ In the Matter of EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION. DOLORES M. ACKERMAN, as Executrix of DONALD E. ACKERMAN, Deceased, and Individually as the Surviving Spouse of DONALD E. ACKERMAN, Respondent, v ASBESTOS CORPORATION, LTD., Appellant, et al., Defendants. [815 NYS2d 872]—Appeal from an order of the Supreme Court, Niagara County (James B. Kane, J.H.O.), entered August 4, 2005. The order denied the motion of defendant Asbestos Corporation, Ltd. for summary judgment dismissing the complaint against it.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs (*see Bille v Hedman Resources*, 274 AD2d 955 [2000]). Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Green and Hayes, JJ.